# THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| SHIBUMI SHADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 3:22-cv-00351 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| NB SHADES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Anna Marie T. Whitacre, by and through undersigned counsel and pursuant to Local Rule 2.01(c), hereby moves for special admission to represent Plaintiff Shibumi Shade, Inc.

Anna Marie T. Whitacre is neither a Florida resident nor a member in good standing of The Florida Bar.

Anna Marie T. Whitacre is a member in good standing of a bar of a United States court; specifically, a member in good standing of the State Bar of Georgia.

Anna Marie T. Whitacre has not abused the privilege of special admission by maintaining a regular law practice in Florida. Anna Marie T.

Whitacre has not appeared in the last thirty-six months in any cases in state or federal court in Florida.

Anna Marie T. Whitacre will comply with the federal rules and this Court's local rules, and is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

Anna Marie T. Whitacre has paid the fee for special admission or will pay the fee upon special admission.

Anna Marie T. Whitacre will register with the Court's CM/ECF system.

Anna Marie T. Whitacre affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: August 1, 2022                    Respectfully submitted,

*/s/ Ana Johnson*

**GUNSTER YOAKLEY & STEWART, LLP**

Ana Johnson (FL Bar No. 111384)
Derek Mountford (FL Bar No. 127172)
One Independent Drive, Suite 2300

Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com

and

**WOMBLE BOND DICKINSON (US) LLP**

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Anna Marie Whitacre (*pro hac vice* to be filed)
Georgia Bar No. 487580
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7000
Facsimile: (404) 888-7490
Preston.Heard@wbd-us.com
Anna.Whitacre@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party on July 28, 2022, and represent the opposing party has no objection to the special admission of Anna Marie T. Whitacre.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/ Ana D. Johnson*
Ana D. Johnson, Esq.