## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No: 3:22-cv-00351 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| NB SHADES, LLC, | ) |
| | ) |
| Defendant. | ) |

_____

### UNOPPOSED MOTION TO WITHDRAW ATTORNEY

Plaintiff by and through its undersigned attorney hereby moves this Court for an Order allowing Lauren U. Baker to withdraw as counsel of record for Plaintiff, Shibumi Shade, Inc. ("Plaintiff"), and states as follows:

1. Plaintiff is presently represented by Ana Johnson and Derek Mountford of Gunster Yoakley & Steward, LLP, and Preston Heard of Womble Bond Dickinson (US) LLP.

2. Attorney Lauren U. Baker has resigned from Womble Bond Dickinson (US) LLP and as such, no longer represents Plaintiff in this matter.

3. Defendant has agreed to the relief sought and will not adversely be affected by this withdrawal.

4.  Pursuant to Local Rule 2.03(b), the undersigned counsel has obtained the consent of Plaintiff to the relief sought.

WHEREFORE, Plaintiff hereby requests that this Court enter an Order withdrawing Lauren U. Baker as counsel for Plaintiff.

Dated: August 1, 2022                    Respectfully submitted,

*/s/ Ana Johnson*

**GUNSTER YOAKLEY & STEWART, LLP**

Ana Johnson (FL Bar No. 111384)
Derek Mountford (FL Bar No. 127172)
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com

and

**WOMBLE BOND DICKINSON (US) LLP**

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Anna Marie Whitacre (*pro hac vice* to be filed)
Georgia Bar No. 487580
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7000
Facsimile: (404) 888-7490
Preston.Heard@wbd-us.com
Anna.Whitacre@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing counsel on July 28, 2022 and counsel does not oppose the present motion.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 1, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/ *Ana D. Johnson*
Ana D. Johnson, Esq.