## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SHIBUMI SHADE, INC.,

    Plaintiff,

    v.

NB SHADES, LLC,

    Defendant.

Civil Action No: 3:22-cv-00351

## **JOINT MOTION TO STAY MEDIATION DEADLINE**

Plaintiff Shibumi Shade, Inc. and Defendant NB Shades, LLC, move the Court to stay the mediation deadline of May 1, 2023. The parties had a mediation scheduled for May 1, 2023. During the several days before the mediation, the parties negotiated the terms of a potential settlement and other global issues, including by communicating with the mediator. On Saturday, because of the progress they made, they canceled the mediation and continued to negotiate, including via correspondence over the weekend and by correspondence and Zoom conference today.

The parties anticipate being able to determine whether they can settle the dispute within the next week. If unsuccessful in resolving the matter, the

parties will seek leave from the Court to reset the mediation date expeditiously.

Accordingly, the parties move the Court to stay the mediation deadline and allow them through May 8, 2023, to continue negotiations and then, if necessary, seek leave to have the mediation rescheduled within the next thirty days.

## **LOCAL RULE 3.01(g) GOOD FAITH CERTIFICATION**

Pursuant to Local Rule 3.01(g), the parties have conferred and agreed to jointly seek the relief requested herein.

/s/ *Derek K. Mountford*
Attorney

Dated: May 1, 2023

/s/ *Michael E. Lockamy*

**BEDELL, DITTMAR, DeVAULT, PILLANS & COXE**

Michael E. Lockamy
Florida Bar No. 69626
Email: mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 332202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

Respectfully submitted,

/s/ *Derek K. Mountford*

**GUNSTER YOAKLEY & STEWART, LLP**

Ana Johnson (FL Bar No. 111384)
Derek Mountford (FL Bar No. 127172)
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com

and

**WOMBLE    BOND    DICKINSON (US) LLP**

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7000
Facsimile: (404) 888-7490
Preston.Heard@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*