**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHIBUMI SHADE, INC.,

     Plaintiff,

     v.

NB SHADES, LLC,

     Defendant.

Case No: 3:22-cv-00351-BJD-LLL

## STIPULATION OF DISMISSAL

Plaintiff Shibumi Shade, Inc. ("Shibumi Shade") and Defendant NB Shades, LLC ("NB Shades") (collectively, the "Parties"), appearing through counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice of all claims and counterclaims in the above-captioned case.  Each party will bear its own costs and attorneys' fees.

Dated: May 8, 2023


/s/ *Michael E. Lockamy*_____
Michael E. Lockamy
Florida Bar No. 69626
Bedell,  Dittmar,  DeVault,  Pillans
 & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
Email: mel@bedellfirm.com


*Attorney for Defendant NB Shades,*
*LLC*

/s/ *Preston H. Heard*
Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Womble Bond Dickinson (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7000
Facsimile: (404) 888-7490
Email: Preston.Heard@wbd-us.com

/s/ Derek K. Mountford
Ana Johnson (FL Bar No. 111384)
Derek Mountford (FL Bar No. 127172)
Gunster, Yoakley & Stewart, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com


*Attorney for Plaintiff Shibumi Shade,*
*Inc.*